

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2015

No. 04-15-00097-CV

Brian **MCENERY**,
Appellant

v.

**CITY OF SAN ANTONIO** and Chief Charles N. Hood,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-06603
Honorable Cathleen M. Stryker, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED.  Time is extended to July 1, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:

Floyd Contreras
Prince Contreras PLLC

Deborah Lynne Klein
City of San Antonio

Jacqueline M. Stroh
The Law Office of Jacqueline M. Stroh, P.C.

Ronald Prince
PrinceContreras PLLC

Mark Kosanovich

Ricky James Poole
Law Offices of Ricky J. Poole